Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR CARRILLO-REYES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. C09-5272RBL<br>CR03-5808RBL<br><br>ORDER GRANTING MOTION<br>TO CONTINUE 2255 PLEADING<br>RESPONSE DUE DATE |

Upon the motion of the government to continue the pleadings response due date in the above-captioned case, and based upon the facts set forth in the government's motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pleadings due date be continued to August 31, 2009. Any reply by the petitioner, Hector Carrillo Reyes, shall be filed by September 28, 2009. The Clerk shall note the 2255 Motion on the Court's calendar for October 2, 2009.

DATED this 28th day of July, 2009

                                                                _____
                                                                RONALD B. LEIGHTON
                                                                UNITED STATES DISTRICT JUDGE

Presented by:

_____
DOUGLAS J. HILL
Special Assistant United States Attorney